# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN KERST; DIANE KERST,<br><br>　　　　　　　　　　　Plaintiffs,<br>　vs.<br><br>THE TRAVELERS INSURANCE COMPANY, a Connecticut corporation; et al.,<br><br>　　　　　　　　　　　Defendants. | CASE NO. 04-CV-1732 – IEG (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. No. 107]** |

　　　Presently before the court is the parties' joint motion to dismiss this action with prejudice. (Doc. No. 107.) Upon agreement of the parties and good cause appearing, the court hereby **GRANTS** the parties' joint motion. This case is **dismissed with prejudice** in its entirety and the Clerk of Court is ordered to terminate this matter.

　　　**IT IS SO ORDERED.**

**DATED: June 28, 2007**

　　　　　　　　　　　　　　　　　　　　　　　_(signature)_
　　　　　　　　　　　　　　　　　　　　　　　**HON. IRMA E. GONZALEZ, Chief Judge**
　　　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　　　Southern District of California